# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEROME LEMEAL WILLIAMS, <br> Plaintiff, <br> v. <br> WENDY DUFFY, et al., <br> Defendants. | Case No. 18-cv-06921-BLF <br><br> **JUDGMENT** |

Plaintiff's first amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants and against Plaintiff.

Dated: February 14, 2019

_____
BETH LABSON FREEMAN
United States District Judge